1  Jennifer S. Romano (CSB No. 195953)
   jromano@crowell.com
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690

5  Joel D. Smith (CSB No. 244902)
   jsmith@crowell.com
6  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
7  San Francisco, CA 94111
   Telephone: 415.986.2800
8  Facsimile: 415.986.2827

9
   Attorneys for FLOWERS BAKERIES, LLC
10

11                **UNITED STATES DISTRICT COURT**

12          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

13

| KELLY ROMERO, on behalf of herself and others similarly situated, | Case No. 5:14-cv-05189 |
|---|---|
| Plaintiff, | CLASS ACTION |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| FLOWERS BAKERIES, LLC dba NATURE'S OWN, a Georgia limited liability company, and DOES 1 through 50, inclusive, | **[N.D. Cal. Civil LR 6-1(a)]** |
| Defendant. | Complaint filed: October 20, 2014<br>Action removed: November 24, 2014 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

CASE NO. 5:14-cv-05189

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff Kelly Romero and defendant Flowers Bakeries, LLC ("Flowers"), through their respective attorneys, that the time by which defendant Flowers may plead or otherwise respond to the complaint shall be extended by thirty (30) days to and including January 2, 2015.  There have been no previous modifications of any deadlines in this case and the stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

Dated:  November 25, 2014                                              CROWELL & MORING, LLP

                                                                                      By:    /s/ Joel D. Smith

                                                                                      Joel D. Smith
                                                                                      Attorneys for Defendant
                                                                                      Flowers Bakeries, LLC


Dated:  November 25, 2014                                              COUNSELONE, P.C.

                                                                                      By:    /s/ Anthony Orshansky

                                                                                      Anthony Orshansky
                                                                                      Attorneys for Plaintiff
                                                                                      Kelly Romero

I, Joel D. Smith, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                                                                      By:    /s/ Joel D. Smith
                                                                                      Joel D. Smith

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1

CASE NO. 5:14-cv-05189
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT