Anthony J. Orshansky, Cal. Bar No. 199364
anthony@counselonegroup.com
COUNSELONE, PC
9301 Wilshire Blvd., Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff
KELLY ROMERO, on behalf of herself
and others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KELLY ROMERO, on behalf of herself and others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>FLOWERS BAKERIES, LLC, dba NATURE'S OWN, a Georgia corporation, and DOES 1 through 50, inclusive,<br><br>                Defendant. | Case No. 5:14-cv-05189-BLF<br><br>CLASS ACTION<br><br>[Assigned to the Honorable Beth Labson Freeman]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S REPLY** |

Case No. 5:14-cv-05189-BLF
Stipulation and [Proposed] Order to Continue Deadlines to File Plaintiff's
Opposition to Defendant's Motion Dismiss and Defendant's Reply

| | |
|---|---|
| 1 | COMES NOW Plaintiff Kelly Romero ("Plaintiff") and Defendant Flowers Bakeries, |
| 2 | LLC, dba Nature's Own ("Defendant"), by and through their respective counsel, to hereby |
| 3 | stipulate to continue the deadlines for Plaintiff to file her Opposition to Defendant's Motion to |
| 4 | Dismiss or Stay Pursuant to Rule 12(b)(1) and 12(b)(6) (the "Motion to Dismiss") and |
| 5 | Defendant's Reply to Plaintiff's Opposition. |
| 6 |     WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on January 2, |
| 7 | 2015; |
| 8 |     WHEREAS, Plaintiff's Opposition to Defendant's Motion to Dismiss is due to be filed by |
| 9 | January 16, 2015; |
| 10 |     WHEREAS, Defendant's Reply to Plaintiff's Opposition is due to be filed by January 23, |
| 11 | 2015; |
| 12 |     WHEREAS, the hearing on the Motion to Dismiss currently is scheduled for April 16, |
| 13 | 2015; |
| 14 |     WHEREAS, the parties have stipulated to enlarge the time to file the Opposition and Reply |
| 15 | briefs; |
| 16 |     WHEREAS, no previous modifications have been requested regarding this matter; |
| 17 |     WHEREAS, the parties request that the Court grant short extensions of time to file the |
| 18 | Opposition and Reply to Defendant's Motion to Dismiss; |
| 19 |     WHEREAS, the requested extensions do not require the Court to continue the date of |
| 20 | hearing, which is set for April 16, 2015; |
| 21 |     WHEREAS, there is good cause for enlarging the time to file the Opposition and Reply |
| 22 | briefs because additional time is required to allow counsel to prepare papers that adequately |
| 23 | represent their respective clients' interests, as well as because the parties are meeting and |
| 24 | conferring regarding the Complaint and the Motion to Dismiss; |
| 25 |     NOW, THEREFORE, it is hereby stipulated by the parties, through their respective |
| 26 | counsel of record, that the date by which Plaintiff must file her Opposition to Defendant's Motion |
| 27 | to Dismiss shall be continued for three weeks, from January 16, 2015 through and including |
| 28 | |

- 1 -

Case No. 5:14-cv-05189-BLF
Stipulation and [Proposed] Order to Continue Deadlines to File Plaintiff's
Opposition to Defendant's Motion Dismiss and Defendant's Reply

February 6, 2015, and the time in which Defendant must file its Reply to Plaintiff's Opposition shall be extended from one week to two weeks following the filing of Plaintiff's Opposition, from February 13, 2015 through and including February 20, 2015.

**IT IS SO STIPULATED.**

Dated: January 9, 2015

COUNSELONE, PC

/s/ *Anthony J. Orshansky*
Anthony J. Orshansky
Attorney for Plaintiff
KELLY ROMERO

Dated: January 9, 2015

CROWELL & MORING LLP

/s/ *Joel D. Smith*
Jennifer S. Romano
Joel D. Smith
Attorneys for Defendant
FLOWERS BAKERIES, LLC dba
NATURE'S OWN

Anthony J. Orshansky attests that Joel D. Smith has consented to the filing of this document.

/s/ *Anthony J. Orshansky*
Anthony J. Orshansky

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____  By: _____
                                        Beth Labson Freeman
                                        United States District Judge

- 2 -

Case No. 5:14-cv-05189-BLF
Stipulation and [Proposed] Order to Continue Deadlines to File Plaintiff's
Opposition to Defendant's Motion Dismiss and Defendant's Reply