UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELLY ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOWERS BAKERIES, LLC,<br><br>    Defendant. | Case No. 14-cv-05189-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement, ECF 31, the Court finds good cause to CONTINUE the Initial Case Management Conference in this case from April 16, 2015 to **June 4, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.  The parties shall submit a joint case management statement by May 28, 2015.

The hearing on Defendant's Motion to Dismiss remains set for April 16, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 14, 2015

                                              BETH LABSON FREEMAN<br>                                              United States District Judge