1  Jennifer S. Romano (CSB No. 195953)
   jromano@crowell.com
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690

5  Joel D. Smith (CSB No. 244902)
   jsmith@crowell.com
6  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
7  San Francisco, CA 94111
   Telephone: 415.986.2800
8  Facsimile: 415.986.2827

9
   Attorneys for FLOWERS BAKERIES, LLC
10

11  **UNITED STATES DISTRICT COURT**

12  **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| KELLY ROMERO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKERIES, LLC dba NATURE'S OWN, a Georgia limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:14-cv-05189<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to Northern District Local Rule 6-2, Plaintiff Kelly Romero and Defendant Flowers Bakeries, LLC ("Flowers"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on January 2, 2015, Flowers filed a motion to dismiss the Complaint in this action. (Doc. No. 13.)

WHEREAS, on May 6, 2015, the Court granted in part and denied in part Flower's motion to dismiss, and ordered that any amended pleading shall be filed no later than June 5, 2015. (Doc. No. 35.)

WHEREAS, the parties agree that an extension of time to file Ms. Romero's First Amended Complaint is warranted and would be efficient because: (a) counsel for Flowers will be in trial from June 8-19, and (b) Ms. Romero intends to serve a new notice under the CLRA and, thus, the stipulated extension will permit her to add the CLRA claim and prayer for damages to the First Amended Complaint after the expiration of the notice period, rather than filing a First Amended Complaint on June 5 and then seeking leave to amend thereafter.

THEREFORE, Flowers and Ms. Romero stipulate that Ms. Romero's time to file the First Amended Complaint is extended to and including July 6, 2015.

Dated:  June 3, 2015                                CROWELL & MORING, LLP

                                                    By:  /s/ Joel D. Smith

                                                    Joel D. Smith
                                                    Attorneys for Defendant
                                                    Flowers Bakeries, LLC

Dated:  June 3, 2015                                COUNSELONE, P.C.

                                                    By:  /s/ Anthony Orshansky

                                                    Anthony Orshansky
                                                    Attorneys for Plaintiff
                                                    Kelly Romero

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: _____          _____
                                      Hon. Beth Labson Freeman
                                      United States District Judge

 

I, Joel D. Smith, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/ Joel D. Smith
      Joel D. Smith