Jennifer S. Romano (CSB No. 195953)
jromano@crowell.com
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

Joel D. Smith (CSB No. 244902)
jsmith@crowell.com
Rebecca M. Suarez (CSB No. 284853)
rsuarez@crowell.com
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for FLOWERS BAKERIES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KELLY ROMERO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKERIES, LLC dba NATURE'S OWN, a Georgia limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:14-cv-05189<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JULY 9, 2015 CASE MANAGEMENT STATEMENT AND JULY 16, 2015 CASE MANAGEMENT CONFERENCE** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

Case No. 5:14-cv-05189
STIPULATION TO CONTINUE CASE MANAGEMENT STATEMENT
AND CASE MANAGEMENT CONFERENCE

1    Pursuant to Northern District of California Local Rule 6-2, Plaintiff Kelly Romero and

2    Defendant Flowers Bakeries, LLC ("Flowers"), by and through their respective attorneys, hereby

3    stipulate as follows:

4    WHEREAS, on May 6, 2015, the Court granted in part and denied in part Flowers'

5    motion to dismiss the original complaint in this action.  (Doc. No. 35.)

6    WHEREAS, pursuant to a stipulation between the parties and this Court's June 3, 2015

7    Order approving the stipulation, the deadline to file Plaintiff's First Amended Complaint ("FAC")

8    is July 6, 2015.  (Doc. No. 38.)

9    WHEREAS, the parties' joint Case Management Statement is due July 9, 2015 and the

10   Initial Case Management Conference is scheduled for July 16, 2015.  (Doc. No. 36.)

11   WHEREAS, Flowers anticipates that it will likely respond to the FAC by filing another

12   motion to dismiss or stay the action (subject to an analysis of the allegations in the FAC after it is

13   filed).  In addition, counsel for Flowers has a scheduling conflict with the currently scheduled

14   July 16, 2015 Case Management Conference.

15   THEREFORE, Flowers and Ms. Romero stipulate and respectfully request that the Court

16   continue the Case Management Statement to Thursday, August 20, 2015, and the Case

17   Management Conference to Thursday, August 27, 2015, or as soon thereafter as the Court may

18   designate.

19

20   Dated:  June 24, 2015                          CROWELL & MORING, LLP

21                                                 By:   /s/ Joel D. Smith

22                                                       Joel D. Smith
                                                        Attorneys for Defendant
23                                                      Flowers Bakeries, LLC

24   Dated:  June 24, 2015                          COUNSELONE, P.C.

25                                                 By:   /s/ Anthony Orshansky

26                                                       Anthony Orshansky
27                                                      Attorneys for Plaintiff
                                                        Kelly Romero
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

| | 1 | Case No. 5:14-cv-05189 |

STIPULATION TO CONTINUE CASE MANAGEMENT STATEMENT
AND CASE MANAGEMENT CONFERENCE

1

**[~~PROPOSED~~ ORDER]**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED,

3

4

Date: June 25, 2015

*Beth Labson Freeman*

5

Hon. Beth Labson Freeman
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

    I, Joel D. Smith, am the ECF User whose ID and password are being used to file this

25

document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the

26

filing of the document has been obtained from each of the other signatories.

27

By:  /s/ Joel D. Smith
Joel D. Smith

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

| | 2 | | Case No. 5:14-cv-05189 |
|---|---|---|---|

STIPULATION TO CONTINUE CASE MANAGEMENT STATEMENT
AND CASE MANAGEMENT CONFERENCE