1  Jennifer S. Romano (CSB No. 195953)
   jromano@crowell.com
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690

5  Joel D. Smith (CSB No. 244902)
   jsmith@crowell.com
6  Rebecca M. Suarez (CSB No. 284853)
   rsuarez@crowell.com
7  CROWELL & MORING LLP
   275 Battery Street, 23rd Floor
8  San Francisco, CA  94111
   Telephone: 415.986.2800
9  Facsimile: 415.986.2827

10
   Attorneys for FLOWERS BAKERIES, LLC
11

12                    **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

14

| | |
|---|---|
| 15  KELLY ROMERO, on behalf of herself and others similarly situated, | Case No. 5:14-cv-05189 |
| 16               Plaintiff, | CLASS ACTION |
| 17        v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE;** |
| 18  FLOWERS BAKERIES, LLC dba NATURE'S OWN, a Georgia limited liability company, and DOES 1 through 50, inclusive, | |
| 19 | **[PROPOSED] ORDER** |
| 20               Defendant. | **[N.D. Cal. Civil LR 6-1(a) and (b)]** |
| 21 | Original Complaint filed:   October 20, 2014 |
| 22 | Action removed:  November 24, 2014 |
|    | First Amended Complaint filed: July 6, 2015 |

CROWELL & MORING LLP
ATTORNEYS AT LAW

CASE NO. 5:14-cv-05189
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE; [PROPOSED] ORDER

Pursuant to Northern District of California Local Rule 6-1, Plaintiff Kelly Romero and Defendant Flowers Bakeries, LLC ("Flowers"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on July 6, 2015, Ms. Romero filed her First Amended Complaint in the above-captioned case;

WHEREAS, under FED. R. CIV. PROC. 15(a)(3), Flowers' time to respond is July 20, 2015;

WHEREAS, Flowers intends to file a motion to dismiss or stay the First Amended Complaint;

WHEREAS, the parties have agreed to a briefing schedule that will permit them to have adequate time to prepare and file their respective briefs;

WHEREAS, the stipulated extension and briefing schedule will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, Ms. Romero and Flowers STIPULATE as follows:

1. Flowers' motion to dismiss or stay shall be filed no later than **August 6, 2015**.
2. Ms. Romero's brief in opposition shall be filed no later than **September 8, 2015**.
3. Flowers' reply brief shall be filed no later than **September 22, 2015**.

IT IS SO STIPULATED.

Dated: July 13, 2015                                   CROWELL & MORING, LLP

                                                       By:   /s/ Joel D. Smith

                                                       Joel D. Smith
                                                       Attorneys for Defendant
                                                       Flowers Bakeries, LLC


Dated: July 13, 2015                                   COUNSELONE, P.C.

                                                       By:   /s/ Anthony Orshansky

                                                       Anthony Orshansky
                                                       Attorneys for Plaintiff
                                                       Kelly Romero

CROWELL & MORING LLP
ATTORNEYS AT LAW

1     CASE NO. 5:14-cv-05189
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE; [PROPOSED ORDER]

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: _____

_____
Hon. Beth Labson Freeman
United States District Judge

I, Rebecca M. Suarez, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: \_\_\_/s/_____
Rebecca M. Suarez