1 Jennifer S. Romano (CSB No. 195953)
jromano@crowell.com
2 CROWELL & MORING LLP
515 South Flower St., 40th Floor
3 Los Angeles, CA 90071
Telephone: (213) 622-4750
4 Facsimile: (213) 622-2690

5
Joel D. Smith (CSB No. 244902)
6 jsmith@crowell.com
Rebecca M. Suarez (CSB No. 284853)
7 rsuarez@crowell.com
CROWELL & MORING LLP
8 275 Battery Street, 23rd Floor
San Francisco, CA 94111
9 Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11
Attorneys for FLOWERS BAKERIES, LLC
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| KELLY ROMERO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKERIES, LLC dba NATURE'S OWN, a Georgia limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:14-cv-05189<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 27, 2015 CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District of California Local Rule 6-2, Plaintiff Kelly Romero and Defendant Flowers Bakeries, LLC ("Flowers"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on August 6, 2015 Flowers filed its motion to dismiss or stay the First Amended Complaint ("FAC") (Doc. No. 44), and the opposition and reply brief are due September 8, 2015 and September 22, 2015, respectively.

WHEREAS, a hearing on Flowers' pending motion to dismiss or stay is scheduled for December 3, 2015.

WHEREAS, the Initial Case Management Conference is scheduled for August 27, 2015 at 1:30 p.m.

WHEREAS, the parties in the above matter agree that in the interest of efficiency, the Initial Case Management Conference should be continued until the Court rules on Flowers' pending motion to dismiss or stay.

THEREFORE, Flowers and Ms. Romero stipulate and respectfully request that the Court continue the Case Management Statement to December 3, 2015, or as soon thereafter as the Court may designate.

Dated: August 25, 2015       CROWELL & MORING, LLP

By: /s/ Joel D. Smith

Joel D. Smith
Attorneys for Defendant
Flowers Bakeries, LLC

Dated: August 25, 2015       COUNSELONE, P.C.

By: /s/ Anthony Orshansky

Anthony Orshansky
Attorneys for Plaintiff
Kelly Romero

| | |
|---|---|
| 1 | **[PROPOSED ORDER]** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED, |
| 3 | |
| 4 | Date: _____ |
| 5 | Hon. Beth Labson Freeman<br>United States District Judge |

I, Joel D. Smith, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: /s/ Joel D. Smith
Joel D. Smith