1  Jennifer S. Romano (CSB No. 195953)
   jromano@crowell.com
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690

5
   Joel D. Smith (CSB No. 244902)
6  jsmith@crowell.com
   Rebecca M. Suarez (CSB No. 284853)
7  rsuarez@crowell.com
   CROWELL & MORING LLP
8  275 Battery Street, 23rd Floor
   San Francisco, CA  94111
9  Telephone: 415.986.2800
10 Facsimile: 415.986.2827

11
   Attorneys for FLOWERS BAKERIES, LLC
12

13               **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

15

| KELLY ROMERO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKERIES, LLC dba NATURE'S OWN, a Georgia limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:14-cv-05189<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 27, 2015 CASE MANAGEMENT CONFERENCE** |
|---|---|

CROWELL
& MORING LLP
ATTORNEYS AT LAW

Case No. 5:14-cv-05189
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1    Pursuant to Northern District of California Local Rule 6-2, Plaintiff Kelly Romero and
2    Defendant Flowers Bakeries, LLC ("Flowers"), by and through their respective attorneys, hereby
3    stipulate as follows:
4    WHEREAS, on August 6, 2015 Flowers filed its motion to dismiss or stay the First
5    Amended Complaint ("FAC") (Doc. No. 44), and the opposition and reply brief are due
6    September 8, 2015 and September 22, 2015, respectively.
7    WHEREAS, a hearing on Flowers' pending motion to dismiss or stay is scheduled for
8    December 3, 2015.
9    WHEREAS, the Initial Case Management Conference is scheduled for August 27, 2015 at
10   1:30 p.m.
11   WHEREAS, the parties in the above matter agree that in the interest of efficiency, the
12   Initial Case Management Conference should be continued until the Court rules on Flowers'
13   pending motion to dismiss or stay.
14   THEREFORE, Flowers and Ms. Romero stipulate and respectfully request that the Court
15   continue the Case Management Statement to December 3, 2015, or as soon thereafter as the Court
16   may designate.

Dated:  August 25, 2015                              CROWELL & MORING, LLP

                                                     By:   /s/ Joel D. Smith

                                                           Joel D. Smith
                                                     Attorneys for Defendant
                                                     Flowers Bakeries, LLC


Dated:  August 25, 2015                              COUNSELONE, P.C.

                                                     By:   /s/ Anthony Orshansky

                                                           Anthony Orshansky
                                                     Attorneys for Plaintiff
                                                     Kelly Romero

**[~~PROPOSED~~ ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED, the Initial Case Management Conference is continued to December 3, 2015 at 11:00 a.m.

Date: August 25, 2015

_____
Hon. Beth Labson Freeman
United States District Judge

I, Joel D. Smith, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/ Joel D. Smith
         Joel D. Smith